John David Pereira
State Bar Number 155973

LAW OFFICES OF JOHN DAVID PEREIRA
3161 Cameron Park Drive, Suite 210
Cameron Park, CA 95682
(530) 672-9577

By John David Pereira,
In Pro Se

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR EASTERN JUDICIAL DISTRICT

| | |
|---|---|
| JOHN DAVID PEREIRA<br><br>Plaintiff,<br><br>vs.<br><br>ERIC DRIEVER, DYANA ANDERLY, AARON MOUNT, PIERRE RIVAS, ROGER TROUT, LOU RAINS, EL DORADO COUNTY PLANNING DEPARTMENT, COUNTY OF EL DORADO, JOHN KNIGHT,<br><br>Defendants. | Case No. 2:12-CV-00252-WBS-JFM<br><br>STIPULATION TO CONTINUE HEARING ON APPLICATION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT, EL DORADO COUNTY AND EL DORADO COUNTY PLANNING SERVICES AND ORDER THEREON<br><br>JURY TRIAL DEMANDED<br><br>Date: 4-23-2012<br>Time: 2:00 pm<br>Courtroom: 5 |

Whereas Plaintiff has filed, served, and scheduled a Application for Preliminary Injunction currently set for hearing on April 23, 2012;

Whereas County of El Dorado and El Dorado County Planning Services has filed timely Opposition to the Application for Preliminary Injunction;

And whereas Plaintiff and Defendants, El Dorado County and El Dorado County

STIPULATION TO CONTINUE HEARING ON APPLICATION FOR PRELIMINARY INJUNCTION

-1-

Planning Services, reasonably believe a window of opportunity exists to resolve the entire case and conserve judicial resources.

Now therefore, the Parties hereto stipulate as follows:

1. It is hereby stipulated that hearing on Plaintiff's Application for Preliminary Injunction be continued to May 21, 2012 at 2:00 p.m. in Courtroom 5 of the above-entitled court.

Dated: April 17, 2012

LAW OFFICE OF JOHN DAVID PEREIRA

/s/
John David Pereira, In pro se

Dated: April 17, 2012        BRADY & VINDING

S/ Michael E. Vinding  (authorized by email dated 4-17-2012 @ 9:55 a.m.
By: Michael E. Vinding, attorney for
El Dorado County and El Dorado County
Planning Services

## ORDER

The date requested above being unavailable, hearing on Plaintiff's Application for Preliminary Injunction is continued to June 4, 2012 at 2:00 p.m. in Courtroom 5 of the above-entitled court.

IT IS SO ORDERED.

Dated: April 19, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE