MICHAEL V. BRADY (SBN 146370
MICHAEL E. VINDING (SBN 178359)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
mvinding@bradyvinding.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID PEREIRA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC DRIEVER, DYANA ANDERLY, AARON MOUNT, PIERRE RIVAS, ROGER TROUT, LOU RAINS, EL DORADO COUNTY PLANNING DEPARTMENT, COUNTY OF EL DORADO, JOHN KNIGHT,<br><br>    Defendants. | CASE NO. 2:12-CV-00252-WBS-JFM<br><br>**STIPULATION TO CONTINUE HEARING ON APPLICATION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER**<br><br>Complaint Filed: January 31, 2012 |

WHEREAS Plaintiff JOHN DAVID PEREIRA (Plaintiff) has filed, served, and scheduled an Application for Preliminary Injunction currently set for hearing on June 4, 2012;

WHEREAS EL DORADO COUNTY PLANNING DEPARTMENT, COUNTY OF EL DORADO, et al. (Defendants), have filed timely an Opposition to the Application for Preliminary Injunction and Plaintiff has timely filed a Reply;

AND WHEREAS Plaintiff and Defendants continue to believe a window of opportunity exists to resolve the entire case and conserve judicial resources.

NOW THEREFORE, the Parties hereto stipulate as follows:

1. Plaintiff and Defendants request a referral to a settlement conference before a neutral Federal Magistrate at the earliest possible opportunity.

-1-
STIPULATION AND [PROPOSED] ORDER

2. Plaintiff and Defendants request an Order continuing the hearing on Plaintiff's Application for Preliminary Injunction until seven (7) days after settlement conference before the Federal Magistrate.

3. Plaintiff and Defendants request a continuance of the Rule 26 Disclosures, currently set for May 29, 2012, until seven (7) days after settlement conference before the Federal Magistrate.

Dated:  May 25, 2012                         LAW OFFICE OF JOHN DAVID PEREIRA

By: /s/ John David Pereira
    John David Pereira, in Pro Se
    As authorized on May 25, 2012

Dated: May 25, 2012                          BRADY & VINDING

By: /s/ Michael E. Vinding
    Michael E. Vinding
    Attorney for Defendants

ORDER:

The matter is set for early Settlement Conference before Magistrate Kendall J. Newman on June 26, 2012 at 9:00 am. Plaintiff's hearing on Motion for Preliminary Injunction is reset to July 30, 2012 at 2:00 pm.

IT IS SO ORDERED.

Dated: May 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER