1  MICHAEL V. BRADY (SBN 146370
   MICHAEL E. VINDING (SBN 178359)
2  BRADY & VINDING
   400 Capitol Mall, Suite 2640
3  Sacramento, CA 95814
   Telephone:  (916) 446-3400
4  Facsimile:   (916) 446-7159
   mvinding@bradyvinding.com
5
6  Attorneys for Defendants

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

| JOHN DAVID PEREIRA, | CASE NO. 2:12-CV-00252-WBS-JFM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING ON APPLICATION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** |
| ERIC DRIEVER, DYANA ANDERLY, AARON MOUNT, PIERRE RIVAS, ROGER TROUT, LOU RAINS, EL DORADO COUNTY PLANNING DEPARTMENT, COUNTY OF EL DORADO, JOHN KNIGHT, | |
| Defendants. | Complaint Filed: January 31, 2012 |

WHEREAS Plaintiff JOHN DAVID PEREIRA (Plaintiff) has filed, served, and scheduled an Application for Preliminary Injunction currently set for hearing on June 4, 2012;

WHEREAS EL DORADO COUNTY PLANNING DEPARTMENT, COUNTY OF EL DORADO, et al. (Defendants), have filed timely an Opposition to the Application for Preliminary Injunction and Plaintiff has timely filed a Reply;

AND WHEREAS Plaintiff and Defendants continue to believe a window of opportunity exists to resolve the entire case and conserve judicial resources.

NOW THEREFORE, the Parties hereto stipulate as follows:

1. Plaintiff and Defendants request a referral to a settlement conference before a neutral Federal Magistrate at the earliest possible opportunity.

1   2.   Plaintiff and Defendants request an Order continuing the hearing on Plaintiff's
2        Application for Preliminary Injunction until seven (7) days after settlement
3        conference before the Federal Magistrate.
4   3.   Plaintiff and Defendants request a continuance of the Rule 26 Disclosures,
5        currently set for May 29, 2012, until seven (7) days after settlement conference
6        before the Federal Magistrate.

Dated:  May 25, 2012                    LAW OFFICE OF JOHN DAVID PEREIRA

                                        By: /s/ John David Pereira
                                            John David Pereira, in Pro Se
                                            As authorized on May 25, 2012

Dated: May 25, 2012                     BRADY & VINDING

                                        By: /s/ Michael E. Vinding
                                            Michael E. Vinding
                                            Attorney for Defendants

ORDER:

The matter is set for early Settlement Conference before Magistrate Kendall J. Newman on June 26, 2012 at 9:00 am. Plaintiff's hearing on Motion for Preliminary Injunction is reset to July 30, 2012 at 2:00 pm.

IT IS SO ORDERED.

Dated: May 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE