MICHAEL V. BRADY (SBN 146370
MICHAEL E. VINDING (SBN 178359)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
mvinding@bradyvinding.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID PEREIRA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC DRIEVER, DYANA ANDERLY, AARON MOUNT, PIERRE RIVAS, ROGER TROUT, LOU RAINS, EL DORADO COUNTY PLANNING DEPARTMENT, COUNTY OF EL DORADO, JOHN KNIGHT,<br><br>    Defendants. | **CASE NO. 2:12-CV-00252-WBS-JFM**<br><br>**STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS AND [PROPOSED] ORDER**<br><br><br>Complaint Filed: January 31, 2012 |

    The Parties hereto stipulate to the dismissal with prejudice of the following individual defendants in the above-entitled matter: ERIC DRIEVER, DYANA ANDERLY, AARON MOUNT, PIERRE RIVAS, ROGER TROUT, LOU RAINS, and JOHN KNIGHT.

Dated: June 1, 2012                      LAW OFFICE OF JOHN DAVID PEREIRA

                                             By: /s/ John David Pereira
                                                  John David Pereira, in Pro Se
                                                  As authorized on June 1, 2012

///

///

1  Dated: June 1, 2012                              BRADY & VINDING

2
                                                    By: /s/ Michael E. Vinding
3                                                        Michael E. Vinding
                                                         Attorney for Defendants
4

5

6       IT IS SO ORDERED.

7

8  Dated:   June 4, 2012

9

10                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION AND [PROPOSED] ORDER